## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                                    NO. 4:07CR00239 SWW

ROGER NOLAND

### ORDER

The above entitled cause came on for hearing on government's petitions to revoke defendant's probation [#22 & 24]. Based upon the admissions of defendant, the Court found that defendant has violated the conditions of his probation without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that defendant's probation be, and it is hereby, **revoked**.

IT IS FURTHER ORDERED that defendant shall serve a term of imprisonment of SIX (6) MONTHS in the custody of the Bureau of Prisons. The Court recommends that defendant be incarcerated in a medical facility that can address his serious medical and mental health needs; and that defendant participate in non-residential substance abuse treatment.

There will be ONE (1) YEAR of supervised release following the term of incarceration. Defendant shall follow the same special conditions previously imposed in addition to all the standard conditions of supervised release.

The defendant is to be released from custody forthwith to home incarceration under the supervision and guidance of the U. S. Probation Office pending his report date of **Monday February 1, 2010, by noon** to the United States Marshal's Office for transport to the designated facility to begin the service of the sentence imposed.

IT IS SO ORDERED this 17th day of December 2009.

/s/Susan Webber Wright

United States District Judge